

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*
*Patrick Henry Building*
*601 D Street N.W.*
*Washington, D.C. 20530*

December 01, 2022

VIA Electronic Mail

C/O Law Enforcement And Government Operations
Pinterest Inc.
651 Brannan Street
San Francisco, CA 94107

      Re: Grand Jury Subpoena #GJ2022112597031
         USAO #2021R00186

Dear Pinterest Inc.:

  Pursuant to a criminal investigation being conducted by the United States Attorney's Office, it is required that you furnish the requested records as described in the attached subpoena.

  In lieu of personally appearing before the Grand Jury on the date indicated, you may comply with this grand jury subpoena by promptly providing the agent designated in the attachment with the requested records. If you choose to provide the requested records voluntarily, please provide them in a non-proprietary electronic format via FedEx, UPS or DHL. Also enclosed please find a blank "Declaration of Custodian of Records" form. It may save time and costs if an appropriate person at your business could complete the form and return it with the records. A properly completed "Declaration of Custodian of Records" form will make it more likely that we could present the records at trial without requiring you or another employee to come to court and testify.

  Under the Electronic Communications Privacy Act, 18 U.S.C. § 2701 et seq., electronic communications services providers responding to a grand jury subpoena for production of certain records are entitled to reimbursement for some of the costs involved in compliance. Reimbursement may not be made for records or other information relating to telephone toll records and listings described in 18 U.S.C. § 2703(c)(2). Please note that under the Act, the Department of Justice will not reimburse expenses incurred for the production of information kept in the ordinary course of business. An exception can be made if compliance with a grand jury subpoena requires the expenditure of unusual effort or resources. In that circumstance, reimbursement of the "reasonable cost" of such services can be made if the government and subpoena recipient mutually agree on the amount, or if the court orders reimbursement.

Ex A

If you believe that you are entitled to reimbursement, please send a full and complete itemized statement for all costs in an invoice that makes clear the basis for the reimbursement request.

NO REIMBURSEMENT WILL BE MADE WITHOUT (1) A FULL AND COMPLETE ITEMIZED STATEMENT OF ALL COSTS BEARING YOUR TAXPAYER IDENTIFICATION NUMBER, (2) A COMPLETED USA-212 FORM, AND (3) A COPY OF THE SUBPOENA.

Moreover, no reimbursements will be paid for partial compliance with the grand jury subpoena. Accordingly, no invoice should be submitted to this office until compliance with the grand jury subpoena is complete, and the accompanying invoice represents a final and complete invoice for all qualified costs involved in that compliance. **Please submit all invoices directly to the Assistant United States Attorney at the address indicated in this letterhead.**

Enclosed please find a nondisclosure order from the court directing Pinterest Inc. not to notify any person (including the subscriber or customer) of the existence or content of this subpoena. You are directed not to disclose the existence of this subpoena or the fact of your compliance. Any such disclosure on your part could impede the investigation being conducted and thereby interfere with the enforcement of the law.

We appreciate your cooperation in this matter. If you have any questions, please contact this office at the number below.

        Sincerely,

        Matthew M. Graves
        United States Attorney

By: /s/ Stuart D. Allen
     Stuart D. Allen
     Assistant United States Attorney
     601 D Street N.W. Room #5.136
     Washington, DC 20530
     202-252-7794
     stuart.allen@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF USA FOR 2705(b) NONDISCLOSURE ORDER FOR GRAND JURY SUBPOENA GJ2022112597031 | Case No.: 22-3053<br><br>**FILED UNDER SEAL** |

## ORDER

This matter having come before the Court pursuant to an application under 18 U.S.C. § 2705(b) requesting an order directing Pinterest, Inc. ("PROVIDER"), an electronic communication and/or remote computing service provider located in San Francisco, CA, not to notify any other person of the existence of subpoena number GJ2022112597031 issued by the United States on behalf of a federal Grand Jury empanelled in the United States District Court for the District of Columbia (the "Subpoena"), the Court finds reasonable grounds to believe that such disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation.

IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. § 2705(b), PROVIDER and its employees shall not disclose the existence of the Subpoena to any other person (except attorneys for PROVIDER for the purpose of receiving legal advice) for a period of one year (commencing on the date of this Order), unless the period of nondisclosure is later modified by the Court.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Date:  

2022.11.29
17:44:36
-05'00'

UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
for the

### District of Columbia

#### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: C/O Law Enforcement And Government Operations
Pinterest Inc.
651 Brannan Street
San Francisco, CA 94107

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA<br>U.S. Courthouse, 3rd Floor    Grand Jury #   22-7<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Date and Time:<br>Tuesday, December 13, 2022 at 9:00 AM |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects:

PLEASE SEE ATTACHMENT

In lieu of personally appearing before the Grand Jury on the date indicated, you may comply with this grand jury subpoena by promptly providing the agent designated in the attachment with the requested records.

Date:  December 01, 2022

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

The name, address, telephone number and email of the Assistant United States Attorney, who requests this subpoena, are:

Stuart D. Allen, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street N.W. Room #5.136
Washington, DC 20530
Phone: 202-252-7794   Fax: 202-252-7792
Email: stuart.allen@usdoj.gov

Subpoena #GJ2022112597031
USAO #2021R00186
Preparer:

## ATTACHMENT
## Pinterest Inc.

You are requested to provide the following information associated with any Pinterest Inc. accounts associated with the following selectors from January 1, 2017 to Present:



Username "kelsiekimberlin"

-Names (including subscriber names, user names, and screen names)

-Addresses (including mailing addresses, residential addresses, business addresses, and email addresses)

-Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions

-Length of service (including start date) and types of service utilized

-Telephone or instrument numbers (including MAC addresses, [the following items apply only to cell phones:] Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"))

-Other subscriber numbers or identities (including the registration IP address)

-Means and source of payment for such service (including any credit card or bank account number) and billing records


Please address any questions to and submit responsive records to:

| U.S. Department of Justice | Request for Communications Content, Records or Other Information Under the Electronic |
|---|---|
| Washington, D.C. 20530 | Communications Privacy Act (ECPA). (Authorization, Purchase Order and Receiving Report) |

This form shall be used when requesting communications content, records, or other information from electronic communications or remote computing service providers under the ECPA.

| 1 Tracking Number: | 2 Date Order Prepared: | 3 USAO Number: |
|---|---|---|
| GJ2022112597031 | 11/25/2022 | 2021R00186 |

## Section A – Authorization and Purchase Order

| 4 Name and Address of Service Provider: | Funding Certification & Authorization: | A. _____  Budget Official Signature   Funding Available   Date |
|---|---|---|
| Pinterest Inc. 651 Brannan Street San Francisco, CA 94107 | | B. _____  Approving Official Signature   Date |

| 5 Deliver Records To: | Send Completed USA-212 Form & Invoice To: | 6 Return Date: |
|---|---|---|
| Stuart D. Allen 601 D Street N.W. Room #5.136 Washington, DC 20530 | | 12/13/2022 |

7 Remarks: Do not proceed with compliance if the total cost will exceed _____ without prior approval. To obtain approval, call the requestor listed in Item 8. If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment. Please see the attached Important Notice for additional information on invoicing and other requirements for reimbursement.

| 8 Name of Requestor: | 9 Telephone Number: | 10 Date of request: |
|---|---|---|
| Stuart D. Allen/ [redacted] | [redacted] | 11/25/2022 |

### Section B - ECPA Service Provider Invoice

| 11A Invoice Number: | | | Quantity | Unit Price | | Amount |
|---|---|---|---|---|---|---|
| 11B Tax ID Number: | | | | Cost | Per | |

11C Service(s)/Records Provided:

The costs above (or on the attached invoice) represent direct costs and have been incurred in searching for, assembling, reproducing or otherwise providing the requested information.

| 12 Signature of Service Provider Representative: | 13 Date Signed: | Total Amount Claimed By Service Provider | |
|---|---|---|---|
| | | 16 Disallowance (See Attached) | |

### Section C - Receiving Report

| 14 I certify that the articles and services listed were received: | 15 Date Received: | 17 Net to Service Provider | |
|---|---|---|---|

18 Electronic Communications Privacy Act - Public Law 99-508 (18 U.S.C. 2701-2712) Request Pursuant To: *(Only One Section at Left Should Be Checked)*

| SECTION | | OBJECT CLASS |
|---|---|---|
| ☐ 2702 | Voluntary Disclosure | 2570 |
| ☒ 2703 | Compelled Disclosure | 2570 |
| | ☐ Search Warrant | 2570 |
| | ☒ Grand Jury Subpoena | 2570 |
| | ☐ Court Order | 2570 |
| | ☐ Administrative or Judicial Subpoena | 2570 |
| ☐ 2704 | Request for Information Following Preservation | 2570 |

19 Signature of Approving Official:   Date:

20 Funding Source
Accounting Code:
Program

21 Other Accounting/Fund Information:
Program Code:   Project Code:
YREGDOC:
Call Number (if applicable):
OBL Month (YRMO):
Tax ID Number:

22 Remarks:

The costs above (or on the attached invoice) appear to be reasonably necessary and to have been directly incurred in searching for, assembling, reproducing or otherwise providing requested information

Signature of United States Attorney's Office Representative   Date
_____

FORM USA-212
EEB. 2014

# **INSTRUCTIONS FOR PRODUCTION OF RECORDS**

I. **General:**
   a. Records existing as **Electronically Stored Information (ESI)** shall be produced in **non-proprietary electronic form** and shall include text data and image data held:
      i. In your record retention systems; and/or
      ii. By your technology, data, or other service provider(s).
   b. Records that do not exist as ESI may be produced in paper or other original format and may be converted to image or text data and provided as ESI, unless originals are required.

II. **Text Data**
   a. Text data relating to transactions shall be produced within a data file:
      i. Using a delimited ASCII text data format; or
      ii. Using software that can export to a commonly readable, non-proprietary file format without loss of data.
   b. Text data files relating to transactions shall include field descriptions (e.g., account number, date/time, description, payee/payor, check number, item identifier, and amount).

III. **Image Data**
   a. Image data shall be produced in graphic data files in a commonly readable, non-proprietary format with the highest image quality maintained.
   b. Image data of items associated with transactions (e.g., checks and deposit slips) shall be:
      i. Produced in individual graphic data files with any associated endorsements; and
      ii. Linked to corresponding text data by a unique identifier.

IV. **Encryption/Authentication**
   a. ESI may be transmitted in an encrypted container *(e.g. flash drive, CD/DVD)*. Decryption keys and/or passwords shall be produced separately at the time the data are produced. *Please do not encrypt individual file contents if the container is encrypted.*
   b. Authentication, such as hash coding, may be set by agreement.
   c. Affidavits or certificates of authenticity may be included as part of the electronic production.

# DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. §1746, I, the undersigned, hereby declare:

My name is _____.
             *(name of declarant)*

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration. I have knowledge of the record keeping system used by this business; this includes how records are created and maintained.

I am in receipt of a United States District Court Subpoena #GJ2022112597031 dated December 01, 2022, signed by Assistant United States Attorney Stuart D. Allen, requesting specified records of the business named below.

Attached hereto are _____ pages of records regarding _____
*(Brief description of type of documents being subpoenaed)*
_____ responsive to the subpoena. I understand how these responsive documents were created. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity, in that the records were created and preserved pursuant to established procedures, and were relied upon by an employee or this business; and

(3) were made as part of the regularly conducted business activity as a regular practice, in that the records were created and preserved as part of routine reflections of the normal operations of this business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                        *(date)*

_____
*(signature of declarant)*

_____
*(name and title of declarant)*

_____
*(name of business)*

_____
*(business address)*

_____
*(business address)*

Definitions of terms used above:

As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION OF USA FOR 2705(b) NONDISCLOSURE ORDER FOR GRAND JURY SUBPOENA GJ2022112597019 | Case No.: 22-sc-3046<br><br>**FILED UNDER SEAL** |

### SECOND ORDER

This matter having come before the Court pursuant to an application under 18 U.S.C. § 2705(b) requesting an extension for an order directing the electronic communication and/or remote computing service providers identified in Attachments A, B, C, D, E, F, G, H, I, J, K, L and M to this Order (collectively, "PROVIDERS") not to notify any other person of the existence of legal process previously issued under the following case numbers pursuant to 18 U.S.C. §§ 2703 and 2705(b), in connection with an ongoing investigation and identified in the attachments to this Order (collectively the "Legal Requests"):

| Legal Process | Document Number | Case Number | Expiration |
|---|---|---|---|
| Subpoena | GJ2022112597019 | 22-sc-3046 | 11/28/2023 |
| Subpoena | GJ2022112597020 | 22-sc-3047 | 11/28/2023 |
| Subpoena | GJ2022112597021 | 22-sc-3048 | 11/28/2023 |
| Subpoena | GJ2022112597022 | 22-sc-3049 | 11/28/2023 |
| Subpoena | GJ2022112597023 | 22-sc-3050 | 11/28/2023 |
| Subpoena | GJ2022112597028 | 22-sc-3052 | 11/28/2023 |
| Subpoena | GJ2022112597031 | 22-sc-3053 | 11/28/2023 |
| Subpoena | GJ2022112597033 | 22-sc-3054 | 11/28/2023 |
| Subpoena | GJ2022112597035 | 22-sc-3055 | 11/28/2023 |
| Subpoena | GJ2022112597036 | 22-sc-3056 | 11/28/2023 |
| Subpoena | GJ2022112597038 | 22-sc-3058 | 11/28/2023 |
| Subpoena | GJ2022112597038 | 22-sc-3059 | 11/28/2023 |
| Subpoena | GJ2022112597040 | 22-sc-3060 | 11/28/2023 |

the Court finds reasonable grounds to believe that such disclosure will result in destruction of or tampering with evidence and serious jeopardy to the investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2705(b), that each PROVIDER identified in Attachments A, B, C, D, E, F, G, H, I, J, K, L and M to this Order, and its employees, shall not disclose the existence of the Legal Requests or any relate2703(d) Order of this Court to any other person (except attorneys for PROVIDERS for the purpose of receiving legal advice) for an additional period of one year (commencing on the date of this Order), unless the period of nondisclosure is later modified by the Court.

IT IS FURTHER ORDERED that the United States need serve on each PROVIDER only this Order and the Attachment corresponding to that PROVIDER.

IT IS FURTHER ORDERED that the case numbers associated with the Legal Requests detailed above shall be consolidated with the above-captioned matter and a copy of this Order shall be docketed under each of them.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Holly B. Fitzsimmons
Digitally signed by Holly B. Fitzsimmons
Date: 2023.11.20 20:56:11 -05'00'

UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT G

**Provider:**     Pinterest Inc.   San Francisco, CA

**Case Number:**

| Legal Process | Provider | Document Number | Case Number | Expiration |
|---|---|---|---|---|
| Subpoena | Pinterest Inc. | GJ2022112597031 | 22-sc-3053 | 11/28/2023 |