UNITED STATES DISTRICT COURT
DISTRICT OF COLOMBIA

IN RE APPLICATION OF USA FOR
2705(b) NONDISCLOSURE ORDER
FOR GRAND JURY SUBPOENA
GJ2022112597019

No. 22-sc-3046

**SUPPLEMENT TO MOTION TO UNSEAL SUBPOENAS**
And
**REQUEST FOR ORDER TO SHOW CAUSE**
And
**REQUEST FOR EMERGENCY HEARING**

Now comes interested party Kelsie Kimberlin (Kelsie) and supplements her previously filed "Motion To Unseal Subpoenas." On July 16, 2021, Attorney General Merrick Garland issued a "Memo re Compulsory Process" which in essence prohibits the Department of Justice from issuing subpoenas to obtain information about journalists. Attached as Exhibit A. Kelsie moves this Court to issue an Order to Show Cause requiring the Attorney General to certify under oath whether the Department of Justice complied with the Memo when issuing the subpoenas in the instant case and to require the Attorney General or his representative to appear at an emergency hearing to be questioned about the issuance of the subpoenas. Kelsie also requests an emergency hearing to address the demand of the FBI for Kelsie and her father, both who are journalists, to appear at the FBI Field Office on Wednesday, December 4, 2024.

1. Kelsie is a journalist. She has been engaged in journalism since 2017. In October of 2024, she traveled to a foreign country as a journalist, was issued a press card from that government, and traveled for a month throughout the country where

she interviewed dozens of people as part of a documentary and she is reporting on that country. She traveled to areas in that country where she wore a flak jacket and helmet emblazoned with the word "PRESS." She has been reporting about that country since 2017.

2. It is widely known that Kelsie is a journalist and it is a matter of public record on the Internet.

3. The Department of Justice Memo protects journalists from being snooped on by the DOJ and its agencies. The Memo requires consultation with the Deputy Attorney General in the event a subpoena targeting a journalist is to be issued.

4. Kelsie has reason to believe that the DOJ violated the Memo by issuing a subpoena or subpoenas targeting her social media accounts. Kelsie has reason to believe that the AUSA never consulted with the Deputy Attorney General before issuing the subpoenas.

5. The DOJ not only violated the Memo by snooping on Kelsie's social media accounts but when her father, who has been a journalist since 2014, inquired about the DOJ subpoenas, FBI Special Agent Andrew Spotts called him and asked that he and Kelsie appear for questioning at the FBI Field Office on Wednesday, December 4, 2024 at 11am. This heavy handed retaliation constitutes a gross violation of the First Amendment.

6. In light of the likely violation of the Memo and the apparent retaliation by the DOJ for Kelsie inquiring about the unwarranted subpoenas, this Court should not simply order the unsealing of the subpoenas, but order the DOJ to destroy all

records received as a result of the subpoenas, issue a cease and desist order prohibiting the DOJ from violating the Memo, and make a finding that the DOJ violated its Memo.

7. This Court should conduct an emergency hearing on this motion in order to address the FBI's request that Kelsie and her father appear at the FBI Field Office on Wednesday, December 4, 2024, and to question the DOJ about its lack of compliance with the Memo.

Wherefore, Kelsie supplements her Motion to Unseal and asks this Court to (1) issue an Order to Show Cause requiring the Department of Justice to state under oath whether it complied with the Memo, and (2) order an emergency hearing to address the issues raised in this motion.

Respectfully submitted,
*Kelsie Kimberlin*
Kelsie Kimberlin

Certificate of Service

I certify that I emailed a copy of this pleading to AUSA Stuart Allen this 1st day of December 2024.

*Kelsie Kimberlin*
Kelsie Kimberlin