**KELSIE KIMBERLIN**
8100 Beech Tree Road
Bethesda, MD 20817
notches27@gmail.com
December 25, 2024

Deputy Attorney General Lisa Monaco
Inspector General Michael Horowitz
Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

    Re: Kelsie Kimberlin
    IN RE GRAND JURY SUBPOENAS Misc. No. 24-mc-159 (JEB)

Dear Deputy Attorney General and Inspector General:

    My name is Kelsie Kimberlin and I am a journalist and artist engaged in expressive activity. I am writing to complain about what appears to be 13 subpoenas issued by Assistant United States Attorney Stuart Allen in the District of Colombia for records and content for my online social media accounts. I am an accredited journalist in Ukraine and have been issued a press card by Ukraine that allows me to visit combat zones and be exempt from the martial law curfew. It is well known on my social media accounts that I am a journalist and that I report about the war in Ukraine and atrocities there. I just **returned** on November 4th from a month in Ukraine with a week on the front where I conducted many interviews and information for stories that I will be reporting on, including in a documentary film.

    Shortly after I returned from Ukraine, I was informed by the social media platform Pinterest that AUSA Allen had, on November 22, 2022, subpoenaed all records related to my account, including personal information and content going back five years when I was still a teenager. The subpoena was subject to a sealing order for one year, which was extended for a second year. The sealing orders expired on November 20, 2024 and therefore Pinterest disclosed the subpoena and the two sealing orders to me immediately thereafter. In the second sealing order, there was a list of 13 subpoenas, ostensibly related to my other social media accounts since they were all listed in that same order. See attached.

    After some haggling with AUSA Allen and an FBI Special Agent from the Washington, DC Field Office, I filed a Motion to Unseal the 13 subpoenas and a Motion for an Order to Show Cause why the AUSA failed to comply with the DOJ's

Ex A

July 18, 2021 Media Policy as it relates to journalists. A few weeks later, the DOJ's Inspector General issued a report criticizing the DOJ for failing to comply with that Media Policy. In short, the policy requires special scrutiny when subpoenaing a journalist's information, and states that the Deputy Attorney General should be consulted. I have reason to believe that AUSA did not comply with the Media Policy and did not consult with the Deputy Attorney General. See Attached.

When I raised these failures to comply in my Motion for an Order to Show Cause, AUSA Allen's Response was that the DOJ does not have to comply with its Media Policy, that I have no right to rely on it, that there are no enforcement provisions, and that the Court can't do anything about violations of the Media Policy. See Attached. Although I believe this is absurd and lawless, if we accept that argument, then the only thing left for such a gross violation of the policy is for you to decide what to do about an AUSA who violates the Media Policy and then flaunts that violation with a, "so what, neither you nor the Court can do anything about it."

Does the DOJ really want to justify and condone spying on a journalist accredited by Ukraine, a US ally fighting a war started by a man indicted by the Hague for war crimes? Has the DOJ considered that spying on me could result in a diplomatic scandal and undermine trust by other journalists covering the war in Ukraine? I really don't understand the caviler and lawless attitude reflected in AUSA Allen's Response especially days after the Inspector General issued a report criticizing the DOJ for failing to comply with its Media Policy.

In short, I am asking you to conduct a quick yet thorough investigation into this matter and take appropriate action under the circumstances. I am located in Bethesda in the event you would like to meet with me to discuss this very troubling matter.

Sincerely,

*Kelsie Kimberlin*

Kelsie Kimberlin